**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Fort Lauderdale Division**

**Case No: 0:26-cv-60266-EA**

NEXO INC.,

       Plaintiff,

vs.

FORREST GILMAN,

       Defendant.

_____

**JOINT MOTION FOR BRIEF STAY OF THE PROCEEDINGS PENDING MEDIATION**

       Plaintiff Nexo Inc., together with Defendant Forrest Gilman (together the "**Parties**") jointly move for a brief stay of the proceedings to engage in mediation in an effort to resolve all outstanding claims ("**Motion**"). In support of the Motion, the Parties state as follows:

       1.     Pursuant to this Court's Order for Local Rule 16.1(b) Scheduling Conference ("**Order**") [DE 8], Counsel for the Parties met via videoconference on Thursday March 19, 2026. At that conference, the Parties discussed scheduling and other issues contemplated by Fed. R. Civ. P. 16 and Fed. R. Civ. P. 26, including whether early settlement is likely. At that meeting, the Parties discussed their mutual interests to engage in mediation to resolve all outstanding claims in this case.

       2.     As a result of these discussions, the Parties have agreed to engage Judge Michael Hanzman as a mediator. The Parties have consulted with Judge Hanzman and have agreed to schedule a mediation with him on the earliest date he and the Parties are available. While the mediation date is not finalized, the Parties are currently discussing potential dates in June.

Baker & McKenzie LLP | 830 Brickell Plaza, Suite 3100, Miami, Florida 33131 | (305) 789-8900
514771711-v1\NA_DMS

3.      This Court "routinely exercise[s] [its] power to stay a proceeding where a stay would promote judicial economy and efficiency." *See Cypress Chase Condo. Ass'n "A" v. QBE Ins. Corp.*, No. 10-61987-CIV, 2011 WL 1544860, at *5 (S.D. Fla. Apr. 15, 2011). Here, responsive briefing is due April 4, 2026. That briefing will require significant time and expense from both Parties, in addition to the Court's resources required in addressing responsive briefing and responses thereto. Furthermore, courts routinely stay proceedings in favor of mediation, especially where the case is in early stages and neither party would be prejudiced by a brief stay. *See e.g., Irby Constr. Co. v. QTI, Inc.*, No. 19-60412-CIV, 2019 WL 13174411, at *3 (S.D. Fla. May 16, 2019) (granting stay of proceedings where neither party would be prejudiced, both parties agreed to mediation, and the case was in relative infancy). This request is consistent with that law and common practice within this District.

4.      Moreover, this Motion is not brought for purposes of delay. The Parties have proceeded in good faith and without delay, including by accepting waiver of service [DE 4] and complying with all Court orders and applicable procedures. If the Court denies this Motion or the mediator declares an impasse, the Parties will file a Joint Proposed Scheduling Order within five (5) days.

Wherefore, the Parties respectfully request that the Court GRANT the Motion and stay the proceedings pending mediation. The Parties will file a Joint Proposed Scheduling Order within five (5) days in the event the Court denies this Motion or if the mediator declares an impasse.

Respectfully submitted this 27th day of March, 2026.


[*this space is intentionally left blank*]

Baker & McKenzie LLP | 830 Brickell Plaza, Suite 3100, Miami, Florida 33131 | (305) 789-8900
514771711-v1\NA_DMS

BAKER & MCKENZIE LLP
830 Brickell Plaza, Suite 3100
Miami, Florida 33131
Phone: (305) 789-8900
Fax: (305) 789-8953

By:  */s/ Adrienne Harreveld*
Adrienne Harreveld, Esq.
Florida Bar No. 110734
benjamin.davis@bakermckenzie.com

Ian S. Shelton, Esq. (*Pro Hac Vice Forthcoming*)
800 Capitol Street, Suite 2100
Houston, Texas 77002
Phone: (713) 427-5000
ian.shelton@bakermckenzie.com

*Attorneys for Nexo Inc.*


**ZAIGER LINDEN ROBERTI & PEPE LLC**
2187 Atlantic Street, 9th Floor
Stamford CT, 06902
Tel: (561) 895-2482

By: */s/ Alison P. Baker*
Alison P. Baker, Esq.
Florida Bar No. 114041
abaker@zlrp.com

*Attorneys for Forrest Gilman*

Baker & McKenzie LLP | 830 Brickell Plaza, Suite 3100, Miami, Florida 33131 | (305) 789-8900
514771711-v1\NA_DMS

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 27, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: */s/ Adrienne Harreveld*
Adrienne Harreveld, Esq.

Baker & McKenzie LLP | 830 Brickell Plaza, Suite 3100, Miami, Florida 33131 | (305) 789-8900
514771711-v1\NA_DMS