**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Fort Lauderdale Division**

**Case No: 0:26-cv-60266-EA**

NEXO INC.,

Plaintiff,

vs.

FORREST GILMAN,

Defendant.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Nexo Inc. and Defendant Forrest Gilman (collectively, "Parties") hereby stipulate and agree that the above-captioned action is voluntarily dismissed with prejudice, with each Party to bear its own attorney's fees and costs.

[*Signature on following page.*]

Respectfully submitted this 28th day of September, 2026.

Baker & McKenzie LLP
830 Brickell Plaza, Suite 3100
Miami, Florida 33131
Phone: (305) 789-8900
Fax: (305) 789-8953

By: /s/ Adrienne Harreveld, Esq.
Adrienne Harreveld, Esq.
Florida Bar No. 1035946
adrienne.harreveld@bakermckenzie.com

Ian S. Shelton, Esq. (admitted *Pro Hac Vice*)
800 Capitol Street, Suite 2100
Houston, Texas 77002
Phone: (713) 427-5000
ian.shelton@bakermckenzie.com

*Attorneys for Plaintiff Nexo Inc.*

ZAIGER LINDEN ROBERTI & PEPE LLC
12902 Mallard Creek Dr.
Palm Beach Gardens, Florida 33418
Phone: (561) 895-2482

By: /s/ Alison Baker, Esq.
Alison Baker, Esq.
Florida Bar No. 114041
abaker@zlrp.com

*Attorneys for Defendant Forrest Gilman*

**CERTIFICATE OF SERVICE**

I certify that on September 28, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: */s/ Adrienne Harreveld, Esq.*
Adrienne Harreveld, Esq.


Baker & McKenzie LLP | 830 Brickell Plaza, Suite 3100, Miami, Florida 33131 | (305) 789-8900